UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
          Plaintiff          )
                             )   CRIMINAL NO. 08mj1435
                             )
                             )   ORDER
           vs.           )
1) Jesus Gonzalez       )   RELEASING MATERIAL WITNESS
2) Oscar Vibranu Garcia-Carrorg )
3) Cristin Giovanni Salar   )   Booking No.
         Defendant(s)     )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maricarmen Cortez-Flores

DATED: 5/19/08

LOUISA S. PORTER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082