1  KAREN P. HEWITT
   United States Attorney
2  CALEB E. MASON
   Assistant United States Attorney
3  California State Bar No. 246653
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5956
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY
```

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,      )    Magistrate Case No.  08MJ1435
                                    )
12 |                  Plaintiff,    )
                                    )    **STIPULATION OF FACT AND JOINT**
13 |          v.                    )    **MOTION FOR RELEASE OF**
                                    )    **MATERIAL WITNESS(ES) AND**
14 | JOSE GONZALEZ (1),             )    **ORDER THEREON**
                                    )
15 |                  Defendant.    )
                                    )    **(Pre-Indictment Fast-Track Program)**
16

17       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19  Caleb E. Mason, Assistant United States Attorney, and defendant JOSE GONZALEZ, by and

20  through and with the advice and consent of Stephen D. Demik, Federal Defenders of San Diego, Inc.,

21  counsel for defendant,  that:

22       1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27  and (v)(II).

28  //

   CEM:psd:5/12/08

1      2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4      3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **June 9, 2008**.

6      4.     The material witnesses, Sixto Olmos-Ortega, Pedro Garcia-Felician, Maricarmen

7  Cortez-Flores, and Berenice Rivera-Muro, in this case:

8          a.     Are aliens with no lawful right to enter or remain in the United States;

9          b.     Entered or attempted to enter the United States illegally on or about

10  May 5, 2008;

11          c.     Were found in a vehicle driven by codefendant, Christian Giovani Salas, near

12  Jacumba, California and that defendant knew or acted in reckless disregard of the fact that they were

13  aliens with no lawful right to enter or remain in the United States;

14          d.     Were paying and undisclosed amount and $1,500-$2,000 to others to be

15  brought into the United States illegally and/or transported illegally to their destination therein; and,

16          e.     May be released and remanded immediately to the Department of Homeland

17  Security for return to their country of origin.

18      5.     After the material witnesses are ordered released by the Court pursuant to this

19  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22          a.     The stipulated facts set forth in paragraph 4 above shall be admitted as

23  substantive evidence;

24          b.     The United States may elicit hearsay testimony from arresting agents

25  regarding any statements made by the material witness(es) provided in discovery, and such testimony

26  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27  of (an) unavailable witness(es); and,

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Gonzalez (1)          2          08MJ1435

1             c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4    waives the right to confront and cross-examine the material witness(es) in this case.

5           6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6    read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7    further that defendant has discussed the terms of this stipulation and joint motion with defense

8    counsel and fully understands its meaning and effect.

9           Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10    immediate release and remand of the above-named material witness(es) to the Department of

11    Homeland Security for return to their country of origin.

12           It is STIPULATED AND AGREED this date.

13                                    Respectfully submitted,

14                                    KAREN P. HEWITT
                               United States Attorney

15

16    Dated: _6/5/08_.

                               CALEB E. MASON

17                                   Assistant United States Attorney

18    Dated: _5/14/08_.

19                                   STEPHEN D. DEMIK
                               Defense Counsel for GONZALEZ

20

21    Dated: _5/14/08_.

                               JOSE GONZALEZ

22                                   Defendant

23

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Gonzalez (1)        3              08MJ1435

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 4/5/08 .

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Gonzalez (1)                4                08MJ1435